son, I think the Court has correctly decided not to grant certiorari to review that question.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentence in this case.

No. 90–6517.   PAIZ ET AL. *v.* UNITED STATES, 499 U. S. 924;

No. 90–6749.   ELLERY *v.* GROSSMONT UNION HIGH SCHOOL DISTRICT ET AL., 499 U. S. 963;

No. 90–7103.   WATTS *v.* WILDER, GOVERNOR OF VIRGINIA, ET AL., 499 U. S. 963;

No. 90–7164.   LYONS *v.* HOLMES INTERNATIONAL, INC., ET AL., 499 U. S. 965;

No. 90–7231.   ELRICH *v.* UNION DIME SAVINGS BANK ET AL., 499 U. S. 966;

No. 90–7233.   FLEMING *v.* COLORADO, 499 U. S. 979;

No. 90–7333.   THAKKAR *v.* DEBEVOISE, 499 U. S. 980; and

No. 90–7379.   DEMPSEY *v.* MASSACHUSETTS, 499 U. S. 969. Petitions for rehearing denied.

No. 90–6094.   WILKEN *v.* WHITLEY, WARDEN, ET AL., 498 U. S. 1032.   Motion for leave to file petition for rehearing denied.